IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 20, 2008

Charles R. Fulbruge III
Clerk

No. 06-51634
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ENRIQUE OLIVARES-ARREGUIN, also known as Marco Antonio
Alcanta-Ayala

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:06-CR-2066-ALL

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Enrique Olivares-Arreguin has moved
for leave to withdraw and has filed a brief in accordance with Anders v.
California, 386 U.S. 738 (1967). Olivares-Arreguin has filed a response. The
record is insufficiently developed to allow consideration at this time of Olivares-
Arreguin's claims of ineffective assistance of counsel. See United States v.
Cantwell, 470 F.3d 1087, 1091 (5th Cir. 2006). Our independent review of the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

record, counsel's brief, and Olivares-Arreguin's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2. Olivares-Arreguin's motion for the appointment of substitute counsel is DENIED.